# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| TEX PAT, LLC, § | |
| *Relator*, § | |
| § | |
| v. § | |
| § | Civil Action No. 5:11-cv-00050 |
| TYCO FIRE PRODUCTS LP, et al., § | JURY TRIAL DEMANDED |
| *Defendants*. § | |
| § | |
| § | |

## ORDER OF DISMISSAL

Relator Tex Pat, LLC ("Relator") and defendants Tyco Fire Products LP, Grinnell LLC, and Central Sprinkler Company, have settled all of the claims asserted in this case, and that could have been asserted in this case, and request that this case be dismissed with prejudice to the re-filing of the same. The Court, having considered this request, is of the opinion that the request for dismissal should be granted.

**SIGNED this 15th day of June, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE